# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149222

JOSE A. RODRIGUEZ,
       Plaintiff-Appellee,

v

FEDEX FREIGHT EAST, INC., RODNEY
ADKINSON, LAURA BRODEUR,
MATTHEW DISBROW, WILLIAM D.
SARGENT, and HONIGMAN MILLER
SCHWARTZ and COHN, LLP,
       Defendants-Appellants.

SC: 149222
COA: 312187
Wayne CC: 09-028366-NO

_____/

      On order of the Court, the application for leave to appeal the March 25, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing the relevance to this case, if any, of this Court's decision in *Daoud v De Leau*, 455 Mich 181 (1997). The parties should not submit mere restatements of their application papers.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2014

Clerk

d0930